**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Tercel Tyree Tweedy )
)
) Case No.     24-31758-KRH
)
) Chapter      13
)
Debtor(s) Address: )
10400 Eagle Court )
North Prince George, VA 23860 )
)
Last four digits of Social Security or )
Individual Tax-payer Identification (ITIN) )
No(s)., (if any): 9350 )
)

**NOTICE OF MOTION (OR OBJECTION)**

Debtor(s), by counsel, has filed papers with the court to Incur Debt.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before <u>August 15, 2024</u>, you or your attorney must:

**X** File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

You must also mail a copy to:

> America Law Group, Inc.
> 2469 Boulevard
> Colonial Heights, VA 23834

□      Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

□      Attend the hearing on the motion (or objection) scheduled to be held on _____at.................................... m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm <5100/5000> Richmond, VA 23219.

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 [OR APPLICABLE NOTICE PERIOD UNDER THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OR THESE LOCAL BANKRUPTCY RULES] DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION [OR APPLICATION OR PROPOSED ACTION] AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  7/22/2024

Signature, name, address, and telephone number of person giving notice:

/s/ Alexis X Oulton
Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Tercel Tyree Tweedy

Debtor(s)

Case No. 24-31758-KRH

Chapter 13

## MOTION TO INCUR DEBT

Comes now the Debtor(s), by counsel, and in support of their Motion to Incur Debt, states as follows:

1.      The Debtor(s) filed this case under Chapter 13 of the U.S. Bankruptcy Code on May 7, 2024.

2.      Carl M. Bates was appointed as the Chapter 13 Trustee in this case.

3.      Debtor's Chapter 13 Plan was confirmed by the Court on July 11, 2024.

4.      The Debtor seeks to incur debt related to an existing mortgage on the Debtor's real property held by PennyMac Loan Services, LLC, by executing a Subordinate Note and Deed of Trust with the Secretary of Housing and Urban Development (referred to as the "Lender"), to cure missed mortgage payments.  The real property securing the loan is commonly known as 10400 Eagle Court, North Prince George, VA 23860, and more particularly described as

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**ALL** that certain lot, piece or parcel of land, with all improvements thereon and all appurtenances thereto belonging, located and being in the County of Prince George, Commonwealth of Virginia, and being designated as follows:

Lot 51, Section 3, EAGLE PRESERVE AT JORDAN ON THE JAMES, as shown on a plat entitled "Eagle Preserve At Jordan On The James, Section Three" made by Harvey L. Parks, Inc., dated September 16, 2016, as revised October 18, 2016, recorded December 14, 2016, as Instrument Number 160003724, and in Plat Book 26, pages 120-121, among the land records of Prince George County, Virginia, and to which plat reference is hereby made for a more particular description of the property hereby conveyed.

Known as 10400 Eagle Court, North Prince George, Virginia

**BEING** the same real estate conveyed to Grantor(s) by Deed recorded simultaneously herewith and immediately prior hereto in the aforesaid Clerk's Office, Circuit Court.

5.        PennyMac Loan Services, LLC filed a proof of claim on June 13, 2024, identified as Claim No. 8, detailing a secured claim on the Debtor's real property in the amount of $322,449.72.

6.        On or around July 14, 2024, the Lender offered a Subordinate Note and Subordinate Deed of Trust (the "Agreement") to the Debtor(s), which details terms of a modification to the original Note and Deed of Trust secured by the Debtor's real property, and which cures an existing default in payments under the existing mortgage with the Lender.  The Agreement is attached hereto as "Exhibit A".

7.        The germane parts of the Agreement are as follows:

a. The principal balance owed to the Lender is $11,232.23;

b. The maturity date is November 1, 2050 (or whenever the primary Note balance is paid or accelerated; or if the primary Note and Deed of Trust are no longer insured by the Secretary of Housing and Urban Development);

c. No interest will accrue on the Subordinate Note;

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

d.  There are no monthly payments required by the Subordinate Note;

e.  The Subordinate Note capitalizes all arrears on the existing note held by

PennyMac Loan Services, LLC; and

f.  No loan proceeds will be paid to the Debtor.

9.      This incurrence of debt is in the best interests of the Debtor because it allows

him to retain his primary residence and cure the default.

10.      The Secretary of Housing and Urban Development, or its agents and /or

assignees, seek permission to record the executed Subordinate Deed of Trust in the Prince

George County Circuit Court.

10.      Debtor respectfully requests the Court to waive the stay imposed by Federal

Bankruptcy Rule 6004(h).

WHEREFORE, the Debtor respectfully requests that the Court enter an Order

authorizing the Debtor to incur debt in accordance with the terms of a Subordinate Note and

Subordinate Deed of Trust with the Secretary of Housing and Urban Development, to allow

the Secretary of Housing and Urban Development, or its agents and /or assignees, to record the

executed Subordinate Deed of Trust in the Prince George County Circuit Court, to waive the

stay imposed by Federal Bankruptcy Rule 6004(h), and for such other and further relief as may

be just and necessary.

DATED: 7/22/2024                          TERCEL TYREE TWEEDY

By: /s/ Alexis X. Oulton
Alexis X. Oulton, Esq.
VSB# 96461
AMERICA LAW GROUP, INC.
2469 Boulevard

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Tercel Tyree Tweedy

Debtor(s)

Case No. 24-31758-KRH

Chapter 13

**ORDER AUTHORIZING THE INCURRENCE OF DEBT**

THIS MATTER came to be heard upon the Motion of the Debtor for the authority to incur debt.

IT APPEARING that the Debtor wishes to incur debt related to an existing mortgage on the Debtor's real property held by PennyMac Loan Services, LLC, by entering into a Subordinate Note and Subordinate Deed with the Secretary of Housing and Urban Development, with the amount to be financed totaling $11,232.23, with no interest accruing, no monthly payments, no cash disbursement to the Debtor, a maturity date of November 1, 2050 (or whenever the primary Note is paid or accelerated; or if the primary Note and Deed of Trust are no longer insured by the Secretary of Housing and Urban Development), for the purpose of curing arrears that accrued on the Debtor's real property located at 10400 Eagle Court, North Prince George, VA 23860, and more particularly described as

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

**ALL** that certain lot, piece or parcel of land, with all improvements thereon and all appurtenances thereto belonging, located and being in the County of Prince George, Commonwealth of Virginia, and being designated as follows:

Lot 51, Section 3, EAGLE PRESERVE AT JORDAN ON THE JAMES, as shown on a plat entitled "Eagle Preserve At Jordan On The James, Section Three" made by Harvey L. Parks, Inc., dated September 16, 2016, as revised October 18, 2016, recorded December 14, 2016, as Instrument Number 160003724, and in Plat Book 26, pages 120-121, among the land records of Prince George County, Virginia, and to which plat reference is hereby made for a more particular description of the property hereby conveyed.

Known as 10400 Eagle Court, North Prince George, Virginia

**BEING** the same real estate conveyed to Grantor(s) by Deed recorded simultaneously herewith and immediately prior hereto in the aforesaid Clerk's Office, Circuit Court.

And it appearing to the Court that it is proper to do so; it is hereby

**ORDERED** that the Debtor's motion is GRANTED; and it is further

**ORDERED** that the Debtor and the Secretary of Housing and Urban Development are authorized to execute all documents necessary for the Subordinate Note and the Subordinate Deed of Trust; and it is further

**ORDERED** that the Secretary of Housing and Urban Development, or its agents and /or assignees, are authorized to record the executed Subordinate Deed of Trust in the Prince George County Circuit Court; and it is further

**ORDERED** that this Order is not subject to the stay imposed by Federal Bankruptcy Rule 6004(h).

Date: _____

_____

U.S. Bankruptcy Judge

Entered: _____

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

I ASK FOR THIS:

/s/ Alexis X. Oulton
Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor

SEEN AND NO OBJECTION:

_____
Carl M. Bates
Chapter 13 Trustee

_____
Johnie R. Muncy, Esq.
Counsel for PennyMac Loan Services, LLC

## LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been served upon or endorsed by all necessary parties.

/s/ _____
Alexis X. Oulton

PARTIES TO RECEIVE COPIES:

Alexis X. Oulton, Esq.
*via CM/ECF transmission*

Johnie R. Muncy, Esq.
*via CM/ECF transmission*

Carl M. Bates, Ch. 13 Trustee
*via CM/ECF transmission*

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

Tercel Tyree Tweedy
10400 Eagle Court
North Prince George, VA 23860

CERTIFICATE OF SERVICE

I certify that on July 22, 2024, a copy of the foregoing Notice, Motion with attached Exhibit, and Proposed Order were mailed electronically and/or via first-class mail, postage prepaid, to Carl M. Bates, Chapter 13 Trustee, to the Office of the United States Trustee, to Johnie R. Muncy, Esq., Counsel for PennyMac Loan Services, LLC, and to all creditors as set forth on the attached mailing matrix.

/s/ Alexis X. Oulton
Alexis X. Oulton

**CREDITORS**

Access Receivables Management
PO Box 1377
Cockeysville, MD 21030-0000

Bailey's Ridge Apartments, LLC
1004 Bailes Ridge Hwy
Fort Mill, SC 29707-0000

Brandon S. Lefkowitz
29777 Telegraph Road, Suite 2440
Southfield, MI 48034

Commonwealth of Virginia
Department of Taxation
Department of Taxation
PO BOX 2156
Richmond, VA 23218

Dept Of Education/neln
Pob 60610
Harrisburg, PA 17106-0000

FinWise Bank
c/o Opportunity Financial, LLC
130 E. Randolph Street, Suite 3300
Chicago, IL 60601

First Credit Services

Attn: Bankruptcy
Po Box 55 3 Skiles Ave
Piscataway, NJ 08855-0000

Ford Motor Credit Company
Attn: Bankrutcy
Po Box 542000
Omaha, NE 68154-0000

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ford Motor Credit Company, LLC
c/o AIS Portfolio S
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ford Motor Credit Compnay
Attn: Bankrutcy
Po Box 542000
Omaha, NE 68154-0000

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

FSNB N.A.
Attn: Bankruptcy
Po Box 33009
Fort Sill, OK 73503-0000

IC Systems, Inc
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164-0000

Internal Revenue Service
c/o Centralized Insolvency Op
PO Box 7346
Philadelphia, PA 19101-0000

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0000

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-0000

National Credit Adjusters, LLC
327 West 4th Avenue
Po Box 3023
Hutchinson, KS 67504-0000

National Credit Adjusters, LLC
Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson, KS 67504

NAVY FEDERAL CREDIT UNION
P.O.BOX 3000

MERRIFIELD, VA 22119

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053-0000

NetCredit
Attn: Bankruptcy
175 W. Jackson Blvd. Ste 1000
Chicago, IL 60604-0000

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-0000

OppLoans
Attn: Bankruptcy
130 E Randolph St, Ste 3400
Chicago, IL 60601-0000

PennyMac Loan Services, LLC
PO Box 2410
Moorpark CA 93020

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051-0000

Petersburg Hospital Co.
c/o Faber and Brand
6750 New Town Ave
Columbia, MO 65203-0000

Petersburg Hospital Company
c/o Newsome Law Office
324 S Main St
Emporia, VA 23847-0000

Prince George County
Treasurer Susan Clark Vargo
P.O. Box 156
Prince George, VA 23875-0000

Quantum3 Group LLC as agent for

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)

Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Scott & Associates, PC
28 E. Main Street. Ste 500
Rochester, NY 14614-0000

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-0000

TD Bank USA, N.A.
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

U.S. Attorney's Office
919 E. Main St.
Ste. 1900
Richmond, VA 23219

Virginia Dept. of Taxation
P.O. Box 2156
Richmond, VA 23218-0000

Alexis X. Oulton, Esq.
VSB #96461
AMERICA LAW GROUP, INC.
2469 Boulevard
Colonial Heights, VA 23834
(804) 520-2428
Counsel for Debtor(s)