**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In Re:  Tercel Tyree Tweedy                                    CASE NO. 24-31758-KRH

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed by the Debtor on **November 04, 2024**, replaces all previously filed plans if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

**It is ORDERED that:**

(1)    the Plan as filed or modified is CONFIRMED.

(2)    Upon entry of this order, all property of the estate shall revest in the Debtor. Notwithstanding such revesting, the Debtor shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3)    All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal shall be refunded to the Debtor at their address of record.

(4)    Notwithstanding any language contained in the plan, the deadline to file objections to claims is governed by Eastern District of Virginia Standing Order No. 15-4.

(5)    The holder of each secured claim provided for in paragraphs 4A or 4D of the plan shall retain the lien securing such claim until the earlier of i) the payment of the underlying debt determined under nonbankruptcy law of ii) discharge under section 1328 of iii) such lien is otherwise avoided by separate Court order entered in this case or associated adversary proceeding. If this case is dismissed or converted without completion of the plan, such lien shall be retained by such holder to the extent recognized by applicable nonbankruptcy law.

(6)    Other provisions:

Dated: Dec 19 2024

/s/ Kevin R Huennekens

United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered on Docket

Dec 19 2024

I ASK FOR THIS

/s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN: #27815